**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-2010**

IN RE:  JOHN S. BREEN; TERESA J. BREEN,

                                                    Debtors.

--------------------------------

JOHN S. BREEN; TERESA J. BREEN,

                                        Plaintiffs - Appellants,

        versus

BALTMORE GAS AND ELECTRIC COMPANY,

                                        Defendant - Appellee,

        and

ZVI GUTTMAN,

                                                    Trustee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Richard D. Bennett, District Judge.  (CA-
05-156-RDB; BK-02-58017; AP-02-5817)

Submitted: May 18, 2006                    Decided: May 25, 2006

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

John S. Breen; Teresa J. Breen, Appellants Pro Se.  John Douglas Burns, THE BURNS LAW FIRM, L.L.C., Greenbelt, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John S. Breen and Teresa J. Breen appeal from the district court's order affirming the bankruptcy court's order dismissing their complaint filed against Baltimore Gas & Electric alleging violations of the automatic stay in their bankruptcy proceeding. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Breen v. Baltimore Gas & Elec. Co.</u>, Nos. CA-05-156-RDB; BK-02-58017; AP-02-5817 (D. Md. Aug. 3, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>